## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DARHAM, <br><br> Defendant. | PO 26-05010-M-KLD <br><br><br> ORDER <br><br><br> Violation No.: F5715530 <br> Location Code: M2 |

The United States has filed an Unopposed Motion to Set Collateral and Vacate Bench Trial. (Doc. 6). The government moves the Court to set a forfeiture amount of $25.00 in addition to the $30.00 processing fee for a total amount due of $55.000 on Violation No. F5715530. The government also moves to vacate the bench trial scheduled for May 1, 2026. Accordingly, and good cause appearing,

IT IS ORDERED that the government's motion (Doc. 6) is GRANTED and the bench trial scheduled for May 1, 2026 is hereby VACATED.

IT IS FURTHER ORDERD that total collateral forfeiture amount due on Violation No. 5715530 is set at $55.00. CVB records reflect that Defendant previously paid the original forfeiture amount of $150.00 listed on the violation notice and the $30.00 processing fee, for total amount paid of $180. Accordingly,

1

**IT IS FURTHER ORDERED that CVB is directed to provide Defendant with a refund in the amount of $125.00**, which reflects the difference between the $180.00 previously paid and the $55.00 due from Defendant pursuant to this Order.

DATED this 21st day of April, 2026.

Kathleen L. DeSoto
United States Magistrate Judge

2